UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-276-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| RANDON GILFILLAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Pharmacy Robbery

<u>Date of Detention Hearing</u>:     August 22, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant has been indicted, with two co-defendants, for a daytime robbery of a Rite-Aid pharmacy in which a co-defendant is alleged to have shown or brandished a firearm.

DETENTION ORDER                                                                                      15.13
18 U.S.C. § 3142(i)                                                                                      Rev. 1/91
PAGE 1

Defendant is alleged to have driven the vehicle in which the alleged perpetrators left the scene.

2. Defendant, although only 18 years of age, has a long criminal history that includes numerous failures to appear, a history of failing to abide by court orders, and two active warrants for failures to appear. He also has an unstable residence and employment history and is allegedly an abuser of alcohol and illegal substances.

3. Defendant has not been able to develop a reasonable residential release plan at this time. However, the parties may ask to re-open the detention hearing if the situation changes.

4. Defendant poses a risk of nonappearance because of the active warrants, history of failing to appear and to abide by court orders, unstable residence and employment history, and possible abuse of alcohol and illegal substances. He poses a risk of danger due to the nature of the current charges and criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of August, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91