# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDON ALLAN GILFILLAN,<br><br>Defendant. | NO. CR07-276-JLR<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 3, 2009. The United States was represented by Assistant United States Attorney Jim Lord, and the defendant by Peter Mazzone. The proceedings were digitally recorded.

The defendant had been charged and convicted of Accessory After the Fact: Robbery of a Pharmacy, in violation of 18 U.S.C. §§ 2118 (a) and 3. On or about January 7, 2008, defendant was sentenced by the Honorable James L. Robart to a term of eighteen (18) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health

programs, financial disclosure, $9,744.44 restitution, search, no firearms, no new credit, and shall not enter establishments with alcohol.

In a Petition for Warrant or Summons, dated March 24, 2009, U.S. Probation Officer Steven R. Gregoryk asserted the following violation by defendant of the conditions of his supervised release:

(1) Failing to notify the probation office at least 10 days prior to any change in residence, in violation of standard condition no. 6.

On October 27, 2009, defendant made his initial appearance. The defendant was advised of the allegation and advised of his rights. On November 3, 2009, defendant appeared for an evidentiary hearing on the alleged violation. Defendant admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on November 12, 2009 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 3rd day of November, 2009.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Mr. Jim Lord
Defendant's attorney: Mr. Peter Mazzone
Probation officer: Mr. Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2