# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RANDON ALLAN GILFILLAN,<br><br>　　　　　　　　Defendant. | NO. CR07-276-JLR<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 2, 2010. The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Peter Mazzone.

The defendant had been charged and convicted of Accessory After the Fact: Robbery of a Pharmacy, in violation of 18 U.S.C. §§ 2118(a) and 3. On or about January 7, 2008, defendant was sentenced by the Honorable James L. Robart to a term of 18 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $9,744.44 restitution, search, no firearms, no new credit, shall not enter establishment with alcohol, and 120 days RRC.

In a Petition for Warrant or Summons dated March 1, 2010, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant of the conditions of his supervised release:

(1) Failure to reside in and satisfactorily participate in a Residential Reentry Center (RRC) as a condition of supervised release for up to 120 days or until discharged by the Program Manager or U.S. Probation Officer.

The defendant was advised of his rights and admitted alleged violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on June 17, 2010 at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of June, 2010.

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable James L. Robart
     AUSA:                    Steven Masada
     Defendant's attorney:    Peter Mazzone
     Probation officer:       Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2